# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
## Southern District of New York

Mag. Judge Dkt. No. 19-MJ-02786        Date 3/4/2020

USAO No. 2019R00481

The Government respectfully requests the Court to dismiss without prejudice the  ☒ Complaint ___ Removal Proceedings in

United States v. Andrew Monteleone

The Complaint/~~Rule 40 Affidavit~~ was filed on March 30, 2019

_✓_ U.S. Marshals please withdraw warrant.

_____
ASSISTANT UNITED STATES ATTORNEY

Drew Skinner
(Print name)

**SO ORDERED:**

_Kevin Nathaniel Fox_        3/4/20
UNITED STATES MAGISTRATE JUDGE        DATE

Distribution:   White → Court    Yellow → U.S. Marshals    Green → Pretrial Services    Pink → AUSA Copy